1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RYAN P. MADDEN, | Case No. 1:18-cv-00255-DAD-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| HICKS, et al., | |
| Defendants. | (ECF No. 15) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

        Plaintiff Ryan P. Madden ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

*pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on

Plaintiff's complaint, filed February 22, 2018, against Defendant Hicks for excessive force and

assault and battery claims, and against Defendant Silva and Hicks for California Bane Act and

retaliation claims.

        On January 22, 2019, the Court issued an order authorizing service of Plaintiff's

complaint and forwarding service documents to Plaintiff for completion and return within thirty

days. (ECF No. 15.) The Court expressly warned Plaintiff that failure to comply with the Court's

order would result in dismissal of this action. (Id. at 9.)

        As of the date of this order, Plaintiff has not submitted the USM-285 form, summons, or

copies of the complaint. Plaintiff has not complied with the Court's order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants Hicks and Silva, as discussed in the Court's January 22, 2019 order, or shall show cause in writing why this action should not be dismissed for failure to prosecute; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: __**March 7, 2019**__           __/s/ Barbara A. McAuliffe__
                                         UNITED STATES MAGISTRATE JUDGE