# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. MADDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HICKS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00255-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION SEEKING RE-SERVICE OF COURT'S SCREENING ORDER AND EXTENSION OF TIME TO COMPLETE SERVICE DOCUMENTS<br>(ECF No. 17)<br><br>ORDER DISCHARGING MARCH 7, 2019 ORDER TO SHOW CAUSE<br>(ECF No. 16)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE JANUARY 22, 2019 SERVICE ORDER AND ALL ATTACHMENTS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ryan P. Madden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed February 22, 2018, against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On January 22, 2019, the Court issued an order authorizing service of Plaintiff's complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 15.) Following Plaintiff's failure to comply, on March 7, 2019, the Court issued

1

an order for Plaintiff to submit completed service documents or show cause why this action should not be dismissed for failure to prosecute. (ECF No. 16.)

On March 26, 2019, Plaintiff filed the instant motion seeking re-service of the Court's service order and an extension of time to file completed service documents. (ECF No. 17.) Plaintiff states that he never received a copy of the Court's January 22, 2019 order, and therefore was unaware of the pending deadline until he received the Court's March 7, 2019 order to show cause. Plaintiff further states that he is attempting to retrieve a copy of his legal mail log to corroborate these statements. Plaintiff requests a new copy of the Court's service order, all service documents he must complete, and an extension of time to file the completed service documents. (Id.) Having considered Plaintiff's moving papers, the Court finds good cause to grant the requested relief and extension of time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for re-service of the Court's January 22, 2019 service order and extension of time to file completed service documents, (ECF No. 17), is GRANTED;
2. The March 7, 2019 order to show cause, (ECF No. 16), is DISCHARGED;
3. The Clerk of the Court is DIRECTED to re-serve the Court's January 22, 2019 service order, (ECF No. 15), <u>including two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on February 22, 2018</u>, on Plaintiff at his current address of record;
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit completed service documents as explained in the Court's January 22, 2019 order; and
5. **<u>Plaintiff's failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated: **March 27, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE