# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HICKS, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00255-DAD-BAM (PC) <br><br> ORDER TO SUBMIT **NON-PRISONER** APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* OR PAY REMAINING FILING FEE <br><br> **THIRTY (30) DAY DEADLINE** <br><br> ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFFS REGULAR CIVIL *IN FORMA PAUPERIS* APPLICATIONS |

Plaintiffs Michael Madden and Kathy Madden, as Successors-in-Interest to Ryan P. Madden (collectively, "Plaintiffs") are proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On October 9, 2020, Defendants filed a motion to revoke Plaintiffs' *in forma pauperis* status. (ECF No. 34.) Plaintiffs have not filed a response, and the deadline to do so has expired.

In the motion, Defendants argue that Plaintiffs are currently proceeding *in forma pauperis* under Ryan P. Madden's *in forma pauperis* status, but they have not filed their own applications to proceed *in forma pauperis* or paid the outstanding filing fees owed by Ryan P. Madden. (ECF No. 34.) Defendants have requested that the Court take judicial notice of a CDCR Inmate

1

1 | Statement Report for Inmate Ryan Madden, CDCR No. F-62530, reflecting that as of September 9, 2020, Ryan Madden still owed $139.42 in PLRA filing fees for this action. (ECF No. 34-2.)

Defendants' request for judicial notice is granted. Fed. R. Evid. 201(b).

Upon review of the filing, and in light of Plaintiffs' failure to file a response, the Court finds it appropriate for Plaintiffs to file their own applications to proceed *in forma pauperis*, or to pay the outstanding $139.42 filing fee for this action. Upon receipt of either the applications or the filing fee, the Court will turn to the merits of Defendants' motion to revoke.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to Plaintiffs two (2) regular civil *in forma pauperis* applications;
2. Within **thirty (30) days** of the date of service of this order, Plaintiffs shall submit the attached applications to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the remaining $139.42 filing fee for this action; and
3. **No requests for extension will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **November 6, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2