# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>HICKS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00255-DAD-BAM (PC)<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO REVOKE PLAINTIFFS' *IN FORMA PAUPERIS* STATUS<br>(ECF No. 39)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiffs Michael Madden and Kathy Madden, as Successors-in-Interest to Ryan P. Madden, (collectively, "Plaintiffs") are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On October 9, 2020, Defendants filed a motion to revoke Plaintiffs' *in forma pauperis* status. (ECF No. 34.) The deadline for Plaintiffs to file their opposition or other response was November 2, 2020. Having received no response from Plaintiffs by the deadline, on November 6, 2020, the Court issued an order directing Plaintiffs to file their own applications to proceed *in forma pauperis*, or to pay the outstanding $139.42 filing fee for this action. (ECF No. 38.)

Currently before the Court is Plaintiffs' motion for extension of time to file their opposition to Defendants' motion to revoke Plaintiffs' *in forma pauperis* status, which was filed

1

November 9, 2020. (ECF No. 39.) In a declaration signed under penalty of perjury, Plaintiff Kathleen Madden states that it is her understanding that they had until November 5, 2020 to file an opposition. The motion and declaration are signed November 5, 2020. Plaintiff Kathleen Madden further states that since receiving the motion to revoke *in forma pauperis* status, they have made an on going effort to respond timely in the absence of representation, but have been unable to do so. Plaintiffs therefore request a sixty-day extension of time to file an opposition. Plaintiffs attempted to call defense counsel on November 5, 2020, but failed to reach him and therefore were not able to determine whether he has any objection to the request. (Id.)

Defendants have not yet had the opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Upon review of the request, the Court finds that Plaintiffs have not presented good cause for the requested extension of time. Plaintiffs have provided no reason for the delay, aside from their lack of representation. This does not constitute good cause.

Further, Plaintiffs are mistaken as to the deadline for filing their opposition. Pursuant to Local Rule 230(l), oppositions to motions in prisoner actions shall be served and filed not more than twenty-one (21) days after the date of service of the motion.[1] Further, because Plaintiffs receive service by mail, three additional days—calendar days, not business days—are added to the deadline. Fed. R. Civ. P. 6(d). As Defendants' motion was filed on October 9, 2020, Plaintiffs' opposition was therefore due on or before November 2, 2020.

However, in an abundance of caution, and in light of the Court's November 6, 2020 order directing Plaintiffs' to file applications to proceed *in forma pauperis* or to pay the remaining filing fee, the Court will grant Plaintiffs' motion, in part. Plaintiffs are warned that future requests for extension of time must present good cause to support the request. **Further, the extension of time granted here does not excuse Plaintiffs from complying with the Court's November 6, 2020 order**.

---

[1] Although there are no longer any parties to this action who are incarcerated and proceeding *in propia persona* (*pro se*), it is the Court's practice to continue to apply Local Rule 230(l) to actions which were initiated by an incarcerated party proceeding *pro se*.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiffs' motion for extension of time to file their opposition to Defendants' motion to revoke Plaintiffs' *in forma pauperis* status, (ECF No. 39), is GRANTED IN PART;
2. Within **thirty (30) days** from the date of service of this order, Plaintiffs shall file their opposition to Defendants' motion to revoke, (ECF No. 34);
3. Defendants' reply, if any, shall be filed within **seven (7) days** from the date of filing of Plaintiffs' opposition; and
4. **If Plaintiffs fail to comply with this order, the Court will consider Defendants' motion to revoke unopposed.**

IT IS SO ORDERED.

Dated:   **November 12, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE