# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HICKS, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00255-DAD-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFFS TO SUBMIT LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY REMAINING FILING FEE<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFFS LONG FORM *IN FORMA PAUPERIS* APPLICATION |

Plaintiffs Michael Madden and Kathy Madden, as Successors-in-Interest to Ryan P. Madden (collectively, "Plaintiffs") are proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On October 9, 2020, Defendants filed a motion to revoke Plaintiffs' *in forma pauperis* status. (ECF No. 34.) On November 6, 2020, the Court ordered Plaintiffs to file non-prisoner applications to proceed *in forma pauperis* or pay the remaining filing fee of $139.42 in order to proceed with this action. (ECF No. 38.) Plaintiffs filed an opposition to Defendants' motion to revoke Plaintiffs' *in forma pauperis* status on December 11, 2020, (ECF No. 44), and motions to proceed *in forma pauperis* on December 14, 2020, (ECF Nos. 45, 46). Defendants filed a reply to Plaintiff's opposition on December 17, 2020. (ECF No. 47.)

Upon review of the applications to proceed *in forma pauperis* filed by Plaintiffs, the Court finds that clarification regarding Plaintiffs' income and expenses is necessary. The applications

filed by each Plaintiff are nearly identical, with both claiming to: own a small business that has been severely affected by the COVID-19 pandemic, receive unemployment, have $500 in a checking account, and support each other as a dependent. (ECF Nos. 45, 46.) However, Plaintiffs have failed to complete the applications in a manner that will provide the Court with a complete financial picture. Specifically, Plaintiffs have failed to specify the amounts of unemployment benefits received, whether and how much they expect to continue to receive, and how much they contribute to one another's support as dependents. It is also unclear to the Court whether the checking account identified in each application is a joint checking account, or whether each Plaintiff owns their own checking account, each containing $500.

In light of these deficiencies, the Court finds that it would be appropriate for Plaintiffs to complete the long form *in forma pauperis* application. As the application includes questions regarding spousal income and assets, Plaintiffs need only complete the form once, <u>but both Plaintiffs must sign the affidavit in support of the application</u>. Alternatively, Plaintiffs may pay the outstanding $139.42 filing fee for this action. Upon receipt of either the application or the filing fee, the Court will turn to the merits of Defendants' motion to revoke.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to Plaintiffs one (1) blank copy of the "Long Form" fee waiver application (AO 239);
2. Within **thirty (30) days** of the date of service of this order, Plaintiffs shall submit the attached long form application to proceed *in forma pauperis*, completed and <u>signed by both Plaintiffs</u>, or pay the remaining $139.42 filing fee for this action; and
3. **No requests for extension will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:  **December 28, 2020**              /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE