UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HICKS, et al.,<br><br>Defendants. | No. 1:18-cv-00255-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANTS' MOTIONS TO DISMISS<br><br>(ECF Nos. 31, 53) |

Plaintiffs Michael Madden and Kathleen "Kathy" Madden ("Plaintiffs"), as Successors-in-Interest to Ryan P. Madden, are proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that the motion to dismiss filed by Defendants be denied. (ECF No. 53.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days. (*Id.* at 17-18.) No objections were filed, and the deadline to do so has expired.

///

1

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 7, 2023, (ECF No. 53), are adopted in full;
2. Defendants' motion to dismiss, (ECF No. 31), is denied; and
3. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: March 14, 2023

UNITED STATES DISTRICT JUDGE