1
2
3
4

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br> HICKS, *et al.*, <br><br>        Defendants. | Case No.  1:18-cv-00255-ADA-BAM (PC) <br><br> ORDER DIRECTING DEFENDANTS HICKS AND SILVA TO FILE RESPONSIVE PLEADING <br><br> **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Michael Madden and Kathleen ("Kathy") Madden, as Successors-in-Interest to Ryan P. Madden (collectively, "Plaintiffs") are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Following the District Judge's order adopting the findings and recommendations denying Defendants' motion to dismiss, this action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.  (ECF No. 54.)

Accordingly, Defendants Hicks and Silva shall file an answer to Plaintiffs' complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:  __March 16, 2023__          ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE

1