Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Brian S. Chan, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendants Silva and Hicks*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**HICKS, et al.,**<br><br>Defendants. | 1:18-CV-00255-ADA-BAM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED ON EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Judge: The Honorable Barbara A. McAuliffe<br>Trial Date: Not Set<br>Action Filed: February 22, 2018 |

**TO MICHAEL AND KATHLEEN MADDEN, SUCCESSORS-IN-INTEREST TO RYAN P. MADDEN AND PLAINTIFFS PRO SE:**

**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 56 and Eastern District Local Rule 230(*l*), Defendants Silva and Hicks move for summary judgment on the grounds that the undisputed facts establish the former plaintiff and decedent, Ryan Madden, failed to exhaust his administrative remedies prior to filing this lawsuit.

**PLEASE TAKE FURTHER NOTICE** that a summary of the law governing Plaintiffs' obligations with respect to opposing a motion for summary judgment, as required by *Rand v.*

1

Defs.' Not. Mot. & Mot. Summ. J. Based on Exhaustion of Administrative Remedies (1:18-CV-00255-ADA-BAM)

*Rowland*, 154 F.3d 952 (9th Cir. 1998), and *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012), is being served concurrently with this motion.

**PLEASE TAKE FURTHER NOTICE** that under Local Rule 230(*l*), this motion is submitted on the record without oral argument unless otherwise ordered by Court. You are required to file an opposition or statement of non-opposition to this motion under Local Rule 230(*l*). The opposition or statement of non-opposition must be filed no more than twenty-one days after the date of service of this motion. Failure to oppose the motion may be deemed a waiver of any opposition to the granting of the motion.

This motion is based on this notice and motion; the supporting memorandum of points and authorities; the statement of undisputed material facts; declaration of H. Moseley, and exhibits filed herewith; the pleadings, records, and files in this action; and such other matters as may properly come before the court.

Dated: October 3, 2023                                     Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

/s/Brian S. Chan

BRIAN S. CHAN
Deputy Attorney General
*Attorneys for Defendants*
*Silva and Hicks*

SA2020300576
37557204.docx

2

Defs.' Not. Mot. & Mot. Summ. J. Based on Exhaustion of Administrative Remedies  (1:18-CV-00255-ADA-BAM)