ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendants Silva and Hicks*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**HICKS, et al.,**<br><br>Defendants. | 1:18-CV-00255-ADA-BAM<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 260(a) and Federal Rule of Civil Procedure 56, Defendants Silva and Hicks submit the following statement of undisputed facts in support of their motion for summary judgment. These facts are undisputed for purposes of this motion only, and Defendants reserve the right to present different or additional facts in any future motion or at trial.

/ / /

/ / /

/ / /

1

| UNDISPUTED MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. During the events at issue in this case, former plaintiff and decedent Ryan Madden was an inmate incarcerated with the California Department of Corrections and Rehabilitation (CDCR) at California State Prison, Corcoran. | ECF No. 1 at 1; H. Moseley Dec. Ex. 3. |
| 2. At the time Ryan Madden filed the operative complaint, he was an inmate incarcerated with CDCR at California State Prison, Los Angeles County. | ECF No. 1. |
| 3. CDCR provided inmates and parolees such as Madden with a comprehensive administrative grievance and appeals process. | H. Moseley Dec., ¶¶ 1-2 |
| 4. Ryan Madden was aware of the CDCR administrative grievance process and had exhausted several other grievances in the past. | H. Moseley Dec. Exs. 1 & 2; ECF No. 1 at 17. |
| 5. During the relevant period, the CDCR Office of Appeals (OOA) received, reviewed, and maintained all offender grievances appealed to the final level of review that are not related to health care issues. | H. Moseley Dec., ¶ 2. |
| 6. Decisions by the CDCR OOA represent the final level of review in CDCR's grievance and appeal process and are rendered on behalf of the Secretary of CDCR. | H. Moseley Dec., ¶ 4. |
| 7. A final decision by the CDCR OOA is generally required to exhaust administrative remedies for an inmate or parolee grievance. | H. Moseley Dec. ¶ 6; Cal. Code Regs. Tit. 15, § 3084.1(b) (2016). |
| 8. On January 5, 2017, Ryan Madden filed a relevant grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) regarding Officer Hicks' alleged use of force during the incident on December 1, 2016. | H. Moseley Dec. Ex. 4 at 2. |
| 9. Ryan Madden's administrative grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) did not contain any factual allegations that would identify Lieutenant Silva. | H. Moseley Dec. Ex. 4 at 2-5. |
| 10. Ryan Madden's administrative grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) received a decision at the second level of review on June 1, 2017. | H. Moseley Dec. Ex. 4 at 6. |
| 11. Ryan Madden's administrative grievance | H. Moseley Dec. Ex. 4 at 1; H. Moseley Dec. |

2

Defs.' Statement of Undisputed Facts in Supp. Mot. Summ. J. (1:18-CV-00255-ADA-BAM)

| | | |
|---|---|---|
| 1 2 | (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) was cancelled at the third level of review for being untimely. | Ex. 1. |
| 3 4 5 6 | 12. The third level cancellation decision for Ryan Madden's administrative grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) advised that the cancellation decision could be separately appealed. | H. Moseley Dec. Ex. 4 at 1. |
| 7 8 | 13. Ryan Madden did not appeal the cancellation decision for TLR No. 1707293, (an appeal of grievance log no. COR-17-00137). | H. Moseley Dec. Exs. 1, 2, & 4; |
| 9 10 11 12 | 14. On February 7, 2017, Ryan Madden filed a relevant grievance (TLR No. 1704206, an appeal of grievance log no. COR-17-00616) regarding the due process he received during the adjudication of Rules Violation Report (RVR) Log No. 16630. | H. Moseley Dec. Ex. 3 at 3. |
| 13 14 15 | 15. Ryan Madden's administrative grievance (TLR No. 1704206, an appeal of grievance log no. COR-17-00616) received a decision at the second level of review on March 17, 2017. | H. Moseley Dec. Ex. 3 at 7. |
| 16 17 | 16. Ryan Madden's administrative grievance (TLR No. 1704206, an appeal of grievance log no. COR-17-00616) received a decision at the third level of review on July 25, 2017. | H. Moseley Dec. Ex. 3 at 1. |
| 18 19 20 21 | 17. Ryan Madden's administrative grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) did not contain any factual allegations regarding Officer Hicks, Lieutenant Silva, or the December 1, 2016 incident. | H. Moseley Dec. Ex. 3 at 1-6. |
| 22 23 24 | 18. Ryan Madden's administrative grievance (TLR No. 1707293, an appeal of grievance log no. COR-17-00137) did not ask prison officials for relief regarding Officer Hicks' or Lieutenant Silva's conduct. | |
| 25 26 27 | 19. The third level decision Ryan Madden received for his administrative grievance (TLR No. 1704206, an appeal of grievance log no. COR-17-00616) did not address any of his excessive force or retaliation claims against Officer Hicks and Lieutenant Silva. | H. Moseley Dec. Ex. 3 at 1-2. |

| | | |
|---|---|---|
| Dated: October 3, 2023 | | Respectfully submitted, |
| | | ROB BONTA<br>Attorney General of California<br>TYLER V. HEATH<br>Supervising Deputy Attorney General |
| | | /s/Brian S. Chan |
| | | BRIAN S. CHAN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Silva and Hicks* |

SA2020300576
37557211.docx

4

Defs.' Statement of Undisputed Facts in Supp. Mot. Summ. J.  (1:18-CV-00255-ADA-BAM)