# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HICKS, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00255-ADA-BAM (PC) <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> (ECF No. 71) <br><br> **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiffs Michael Madden and Kathleen "Kathy" Madden ("Plaintiffs"), as Successors-in-Interest to Ryan P. Madden, are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On October 3, 2023, Defendants filed a motion for summary judgment on the ground that the undisputed facts establish the former plaintiff and decedent, Ryan P. Madden, failed to exhaust his administrative remedies prior to filing this lawsuit.  (ECF No. 70.)  Plaintiffs' opposition is therefore due on or before October 27, 2023.  Local Rule 230(l); Fed. R. Civ. P. 6(d).

Currently before the Court is Plaintiffs' motion for a forty-five-day extension of time to submit their opposition, filed October 18, 2023.  (ECF No. 71.)  Plaintiffs state that they require additional time beyond the 14-day period permitted by Local Rule 230(c) for filing their opposition, as they have no formal or informal training in the law, requiring a great deal of studying to understand the concepts related to the standards and rules related to a prisoner's need to exhaust their administrative remedies prior to bringing claims in federal court.  Plaintiffs

1  therefore request a forty-five day extension of time, up to and including December 5, 2023, to file
2  an opposition to Defendants' motion.  (*Id.*)

3  Defendants have not yet had an opportunity to file a response, but the Court finds a
4  response is unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

5  Having considered the moving papers, the Court finds good cause to grant the requested
6  extension.  Fed. R. Civ. P. 6(b).  The Court further finds that Defendants will not be prejudiced by
7  the brief extension granted here.

8  The parties are reminded that although Plaintiffs are not prisoners, they are proceeding
9  *pro se* (or *in propia persona*), and this lawsuit remains a prisoner action.  Therefore, according to
10 the Court's usual practice, motions and accompanying deadlines in this action are determined by
11 Local Rule 230(l), **not** Local Rule 230(c).  As such, oppositions to motions are due within
12 twenty-one (21) days from the date of service of the motion, and replies are due within fourteen
13 (14) days from the date the opposition has been filed in CM/ECF.  Local Rule 230(l).  In addition,
14 as Plaintiffs have noted, an additional 3 days is added to all deadlines applicable to Plaintiffs, as
15 they receive service by conventional mail.  Fed. R. Civ. P. 6(d).

16 Accordingly, IT IS HEREBY ORDERED as follows:

17 1. Plaintiffs' motion for extension of time, (ECF No. 71), is GRANTED;

18 2. Plaintiffs' opposition to Defendants' motion for summary judgment, (ECF No. 70), is due
19    within **forty-five (45) days** from the date of service of this order; and

20 3. **If Plaintiffs fail to file an opposition in compliance with this order, the Court will**
21    **recommend dismissal of this action for failure to oppose the motion for summary**
22    **judgment and failure to prosecute.**

23
24 IT IS SO ORDERED.

25 Dated:   **October 19, 2023**          /s/ *Barbara A. McAuliffe*
26                                         UNITED STATES MAGISTRATE JUDGE
27
28