# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HICKS, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00255-KES-BAM (PC)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO COMPEL<br><br>(ECF No. 85)<br><br>**Reply Deadline: June 3, 2024** |

Plaintiffs Michael Madden and Kathleen "Kathy" Madden ("Plaintiffs"), as Successors-in-Interest to Ryan P. Madden, are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims, and against Defendants Silva and Hicks for California Bane Act and retaliation claims.

On February 23, 2024, Plaintiffs filed a motion to compel the production of documents from Defendants. (ECF No. 80.) Following an extension of time, Defendants filed an opposition on March 19, 2024. (ECF No. 83.) Plaintiffs' reply is therefore due on or before May 6, 2024.

Currently before the Court is Plaintiffs' April 26, 2024 motion for a thirty-day extension of time to file a reply to their motion to compel. (ECF No. 85.) Plaintiffs state that as pro se litigants with no formal legal training, they need to conduct extensive research to prepare a reply to Defendants' opposition to their motion to compel. Plaintiffs believe there is good cause to

grant a final thirty-day extension, up to and including June 2, 2024, to file their reply. (*Id.*)

Defendants have not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the moving papers, the Court finds good cause to grant the requested extension. Fed. R. Civ. P. 6(b). As June 2, 2024 falls on a Sunday, the Court finds it appropriate to extend the deadline to June 3, 2024. The Court further finds that Defendants will not be prejudiced by the brief extension granted here.

**The parties are further reminded that although Plaintiffs are not incarcerated, consistent with the Court's general practice in cases that were filed as prisoner actions, the deadlines for filing and briefing motions in this action continue to be governed by Local Rule 230(l)**. As such, oppositions to motions are due within twenty-one (21) days of filing, and replies to oppositions are due within fourteen (14) days of filing. Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' motion for extension of time to file reply to opposition, (ECF No. 85), is GRANTED; and
2. Plaintiffs' reply in support of their motion to compel is due on or before **June 3, 2024.**

IT IS SO ORDERED.

Dated:   **April 29, 2024**          /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE

2