# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDEN, Successor-in-Interest to Ryan P. Madden, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> HICKS, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00255-KES-BAM (PC) <br><br> ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT <br><br> (ECF No. 96) <br><br> **Reply Deadline: February 21, 2025** |

Plaintiff Michael Madden and Kathleen "Kathy" Madden ("Plaintiffs"), as Successors-in-Interest to Ryan P. Madden, are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Hicks for excessive force and assault and battery claims and against Defendants Silva and Hicks ("Defendants") for California Bane Act and retaliation claims.

On December 4, 2023, Defendants filed a motion for summary judgment on the grounds that Plaintiffs failed to exhaust administrative remedies. (ECF No. 70.) Following resolution of Plaintiffs' motion to compel and an extension of time, Plaintiffs filed their opposition to the motion for summary judgment on January 24, 2025. (ECF Nos. 94, 95.) Defendants reply brief is therefore currently due on or before February 7, 2025. Local Rule 230(l).

Currently before the Court is Defendants' request for an extension of time to file reply to opposition to motion for summary judgment, filed February 7, 2025. (ECF No. 96.) Although

Case 1:18-cv-00255-KES-BAM   Document 97   Filed 02/18/25   Page 2 of 2

Plaintiffs have not had an opportunity to respond to Defendants' request, the Court finds a response unnecessary. Local Rule 230(l).

Counsel for Defendants states that due to a heavy workload in other assigned matters, counsel will not be able to complete Defendants' reply by the February 7, 2025 deadline. (ECF No. 96.) Counsel requests a fourteen-day extension of time to file Defendants reply, and states that the request will not prejudice Plaintiffs or significantly delay the prosecution of this action. Defendants request an extension of the reply deadline until February 21, 2025. (*Id.*)

Having considered the request, the Court finds it appropriate to modify the briefing schedule in this matter. Fed. R. Civ. P. 6(b). The Court further finds that Plaintiffs will not be prejudiced by the brief extension requested here.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request for an extension of time to file reply to opposition to motion for summary judgment, (ECF No. 96), is GRANTED; and
2. Defendants' reply to Plaintiff's opposition to the motion for summary judgment is due on or before **February 21, 2025**.

IT IS SO ORDERED.

Dated:   **February 18, 2025**         /s/ *Barbara A. McAuliffe*  
                                        UNITED STATES MAGISTRATE JUDGE

2